**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Reginald COLEMAN, Defendant–
Appellant.**

**No. 96–1823.**

United States Court of Appeals,
Sixth Circuit

July 21, 1998.

Before MARTIN, Chief Judge;
MERRITT, KENNEDY, NELSON, RYAN,
BOGGS, NORRIS, SUHRHEINRICH,
SILER, BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, and GILMAN,
Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further **ORDERED** that the parties file simultaneous supplemental briefs not later than Thursday, August 20, 1998.

The Clerk will schedule this case for argument as directed by the court.